**Carl Kofi MAYERS, Plaintiff–**
**Appellant,**

v.

**Tommie SMITH, Officer, acting in his**
**individual capacity and under color of**
**law; John Doe, Defendants–Appellees,**

and

**United States of America,**
**Party in Interest.**

No. 02–6990.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 12, 2002.

Decided Sept. 23, 2002.

Carl Kofi Mayers, Appellant Pro Se. Steven E. Gordon, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carl Kofi Mayers appeals the district court's orders dismissing his complaint against two federal correctional officers under 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mayers v. Smith,* No. CA–00–1961–AM (E.D. Va. April 4, 2002; May 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*